# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE M.,[1] | Case No. CV 19-07237 RAO |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ANDREW M. SAUL,<br>Commissioner of Social Security,<br>Defendant. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED, and this action is DISMISSED with prejudice.

DATED:  August 3, 2020

_Rozella a. Olin_

_____
ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.